**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:
Horning Brothers Management
1350 Conn. Ave., Ste. 800
Washington, DC 20036

Civil Action, File Number **07-757 RBW**

**Henry W. Gater II**

V.

**Horning Brothers Management, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN ... IES. If you are served on behalf of a corporation, ... our signature your relationship to that entity. If ... it indicate under your signature your authority.

... days, you (or the party on whose behalf you ... plaint in any other manner permitted by law.

... behalf you are being served) must answer the ... t by default will be taken against you for the

... of Summons and Complaint By Mail was

(Official)

MPLAINT
plaint in the above captioned manner at

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Horning Brothers Mgmt.
1350 Conn. Ave, Ste. 800
Washington, DC

2. Article Number
(Transfer from service label)
7003 2260 0000 4984 7352

PS Form 3811, February 2004   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: Brenda Carter   ☒ Agent  ☐ Addressee
B. Received by (Printed Name): Brenda Carter
C. Date of Delivery: 5-14-07
D. Is delivery address different from item 1? ☐ Yes  ☒ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

102595-02-M-1540

07-757   5-11-07

---

Street Number and Street Name or P.O. Box No.
_____

City, State and Zip Code
_____

Signature
_____

Relationship to Entity/Authority to Receive
_____

Service of Process
_____

Date of Signature
_____

Form USM-299
(Rev. 6/95)

USMS District Suspense

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Ms. Veda S. Brinkley
Asst. Property Manager
Trinity Community LLP
1350 Conn. Ave., #800
Washington, DC 20036

Civil Action, File Number __07-757 RBW__

__Henry W. Geter, II__
V.
__Horning Brothers Management, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

[behalf you are being served] must answer the [complaint]; default will be taken against you for the [relief demanded in the complaint].

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was [mailed] on (Date) _____

_____
Signature (USMS Official)

RETURN OF SERVICE OF SUMMONS AND COMPLAINT
I hereby certify and return that I have served the summons and complaint in the above captioned manner at

_____
Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299 (Rev. 6/95)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Ms. Veda S. Brinkley
Asst. Property Mngr.
Trinity Comm. LLP
1350 Conn. Ave, #800
Washington, DC

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X Brenda Carter ☑ Agent ☐ Addressee
B. Received by (Printed Name): Brenda Carter    C. Date of Delivery: 5-14-07
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 7307

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

handwritten: 07-757  RBW  5-11-07