**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | * | |
| **HENRY GETER II** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Case No.: 07-CV-0757 RBW** |
| **vs.** | * | |
| | * | |
| **HORNING BROTHERS, et al.** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

### <u>ENTRY OF APPEARANCE</u>

Please enter the appearance of Phillip L. Felts, Esquire, and Schuman & Felts, Chartered, as attorneys of the Defendants, Veda Brinkley and Connie Fletcher, and a limited appearance for The Cloisters and Horning Brothers Management for the purpose of challenging service and jurisdiction.

Respectfully submitted;

**SCHUMAN & FELTS, CHTD.**

By:_____/s/_____
Phillip L. Felts, Esquire
D.C. Bar No.: #222448
4804 Moorland Lane
Bethesda, MD 20814
(301) 986-0200
*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 22nd day of June, 2007, a copy of the

foregoing Entry of Appearance was sent, via first class, postage-prepaid mail, to the

following person(s):

> Henry W. Geter II
> 100 Michigan Ave., NE, #A-11
> Washington, D.C. 20017

By:_____/s/_____
            Phillip L. Felts, Esquire