IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HENRY GETER II** | * |
| Plaintiff, | * |
| vs. | * Case No.: 07-CV-0757 RBW |
| **HORNING BROTHERS, et al.** | * |
| Defendants. | * |

## OPPOSITION TO MOTION FOR ENTRY OF DEFAULT

The Defendants, Horning Brothers Management, The Cloisters, Veda Brinkley, and Connie Fletcher, oppose the Motion for Entry of Default and for reasons state:

1. None of the Defendants have been properly served with a summons or complaint.

2. The documents filed by the Plaintiff which the Clerk has labeled as a "Return of Service" on the Defendants, are not, in fact, proofs of service as required by Fed. R. Civ. P. 4 (l). No affidavit of service was made to support the return or proof of service.

3. Apparently, the Plaintiff sent a request for waiver of service form to the various Defendants which notice did not contain the required date upon which action should be taken. The notices were apparently received, and the mail receipt signed, by unidentified third parties.

4. No proper attempt at service has been made upon any of the individuals either personally or at their places of abode. The non-individual Defendants are not legal entities and are without the capacity to sue or be sued. A separate motion to dismiss Horning Brothers Management and The Cloisters is being filed by those parties.

5.	For purposes of avoiding delay, the undersigned has accepted service on behalf of the individual Defendants by signing and returning herewith waivers of service and will answer or otherwise respond to the Amended Complaint within the sixty days allowed by Fed. R. Civ. P. 4 (d) (3).

6.	Defendants submit that the Plaintiff's Motion for Default is premature and should be denied since service was not properly obtained and, with the filing herewith of the waivers of service, answers to the complaint are not overdue.

**WHEREFORE**, Defendants respectfully request that the Motion for Entry of Default be denied and that the return of service docket entries for the Defendants, dated May 17, 2007 and May 22, 2007, be stricken.

Respectfully submitted;

**SCHUMAN & FELTS, CHTD.**

By:\_\_\_\_\_/s/_____
Phillip L. Felts, Esquire
D.C. Bar No.: #222448
4804 Moorland Lane
Bethesda, MD 20814
(301) 986-0200
*Attorney for Defendants*

## POINTS & AUTHORITIES

Fed. R. Civ. P. 4 (l)

Fed. R. Civ. P. 4 (d) (3)

By:\_\_\_\_\_/s/_____
Phillip L. Felts, Esquire

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 22nd day of June, 2007, a copy of the foregoing Opposition was sent, via first class, postage-prepaid mail, to the following person(s):

Henry W. Geter II
100 Michigan Ave., NE, #A-11
Washington, D.C. 20017


By:_____/s/_____
Phillip L. Felts, Esquire

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO: Ms. Connie Fletcher, Manager
The Cloisters
100 Mich. Ave., NE, A-21
Washington, DC 20017

Civil Action, File Number __07-757  RBW__

Henry W. Geter, II
_____V._____
Horning Brothers Management, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within _____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

_5-1-07_                                                _[signature]_
Date of Signature                                       Signature (USMS Official)

---

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

RECEIVED 2007 MAY 11 A 9:53 [CLERK'S OFFICE DISTRICT OF COLUMBIA]

Schuman & Felts, Chtd.
4804 Moorland Lane
Street Number and Street Name or P.O. Box No.

Bethesda, MD 20814
City, State and Zip Code

_[signature]_
Signature

Attorney
Relationship to Entity/Authority to Receive

Service of Process

6/21/07

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:
Ms. Veda S. Brinkley
Asst. Property Manager
Trinity Community LLP
1350 Conn. Ave., #800
Wasihington, DC 20036

Civil Action, File Number __07-757  RBW__

__Henry W. Geter, II__
V.

__Horning Brothers Management, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within _____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

__5-11-07__                                     __Francine Tellis__
Date of Signature                              Signature (USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

RECEIVED 2007 MAY 11 A 9:53 U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA

Schuman & Felts, Chtd.
4804 Moorland Lane
Street Number and Street Name or P.O. Box No.

Bethesda, MD  20814
City, State and Zip Code

_[Signature]_
Signature

Attorney
Relationship to Entity/Authority to Receive

Service of Process

6/21/07
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 1 - Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HENRY GETER II** | \* |
| Plaintiff, | \* |
| vs. | \* Case No.: 07-CV-0757 RBW |
| **HORNING BROTHERS, et al.** | \* |
| Defendants. | \* |

## ORDER

**UPON CONSIDERATION** of Plaintiff's Motion for Judgment by Default and Defendant's opposition thereto, and it appearing to the court that there is no just cause for the entry of default against the Defendants, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

**ORDERED**, that the Motion for Default is hereby **DENIED**, and it is further

**ORDERED**, that the docket entries reflecting Return of Service on the Defendants dated May 17, 2007 and May 22, 2007, be stricken.

_____
JUDGE

Copies to:

Phillip L. Felts, Esquire
Schuman & Felts, Chartered
4804 Moorland Lane
Bethesda, MD 20814

Henry W. Geter II
100 Michigan Ave., NE, #A-11
Washington, D.C. 20017