IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY GETER II | *<br>*<br>* |
| Plaintiff, | *<br>* Case No.: 07-CV-0757 RBW |
| vs. | *<br>* |
| HORNING BROTHERS, et al. | *<br>* |
| Defendants. | *<br>* |

## MOTION TO DISMISS

The Defendants, The Cloisters and Horning Brothers/Horning Brothers Management, move this Court pursuant Fed. R. Civ. P. 12 (b) to dismiss the complaint against these named Defendants on the basis on that the Court is without personal jurisdiction and for further reasons state:

### CERTIFICATE

Before filing the instant motion, the undersigned sought the consent of Plaintiff. Plaintiff refused to consent to the relief sought.

1.      "The Cloisters" is not an entity capable of suing or being sued.  The Cloisters is the name of an apartment building.  It has no legal existence.  Since The Cloisters has no legal existence, there is no resident agent or persons upon which service of process could be perfected.

2.      The Plaintiff has also named Horning Brothers Management as a Defendant.  No such legal entity exists.  Accordingly, the Defendant Horning Brothers/Horning Brothers

Management has no capacity to be sued and since it has no legal existence, any alleged service on the party is defective.

3.  The Court has no personal jurisdiction over either of these non-existent parties.

4.  There does exist an entity by the name of Horning Brothers Corporation which is incorporated in the District of Columbia and has a resident agent of record. There is also a corporation in the District of Columbia known as Horning Brothers-Group Ministry Joint Venture Limited Partnership.

5.  To the undersigned's knowledge, there is no entity by the name of Horning Brothers Management. At least, there is no such entity registered as a corporation or foreign corporation in the District of Columbia.

**FOR THE REASONS AFORESAID**, the named Defendants, The Cloisters and Horning Brothers/Horning Brothers Management, requests that the complaint against these Defendants be dismissed.

                                                Respectfully submitted;

                                                **SCHUMAN & FELTS, CHTD.**

By:_____/s/_____
       Phillip L. Felts, Esquire
       D.C. Bar No.: #222448
       4804 Moorland Lane
       Bethesda, MD 20814
       (301) 986-0200
       *Attorney for Defendants*

## POINTS & AUTHORITIES

Fed. R. Civ. P. 12 (b)

Fed. R. Civ. P. 17

                                            By:_____/s/_____
                                                   Phillip L. Felts, Esquire

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of June, 2007, a copy of the foregoing Motion was sent, via first class, postage-prepaid mail, to the following person:

Henry W. Geter II
100 Michigan Ave., NE, #A-11
Washington, D.C. 20017

                                            By:_____/s/_____
                                                  Phillip L. Felts, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HENRY GETER II** | * |
|  | * |
| Plaintiff, | * |
|  | *  Case No.: 07-CV-0757 RBW |
| vs. | * |
|  | * |
| **HORNING BROTHERS, et al.** | * |
|  | * |
| Defendants. | * |
|  | * |

## ORDER

**UPON CONSIDERATION** of Defendants' Motion to Dismiss, and Plaintiff's opposition thereto, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

**ORDERED**, that the complaint against the Defendants The Cloisters and Horning Brothers Management is hereby **DISMISSED**.

_____
JUDGE

Copies to:

Phillip L. Felts, Esquire
Schuman & Felts, Chartered
4804 Moorland Lane
Bethesda, MD 20814

Henry W. Geter II
100 Michigan Ave., NE, #A-11
Washington, D.C. 20017