IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUN 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Henry W Geter II**
100 Mich. Ave. N.E.   Suite A-11
Washington DC 20017
202/986-2264

(Plaintiff)

vs.

**Horning Brothers**
1350 Conn. Ave.  N.W.  Suite 800
Washington D.C. 20036

**The Cloisters**
100 Mich. Ave. N.E.   Suite A-21
Washington D.C. 20017

**Ms. Veda S. Brinkley**
Assistant Property Manager
Trinity Community LLP
1350 Conn. Ave.  N.W. Suite 800

**Ms. Connie Fletcher**
Manager the Cloisters
100 Mich. Ave. N.E. Suite A-21

(Defendants)

Case File No:  07-CV-0757  RBW

Filing Date June 29 th 2007

*RECORDS OF THE COURT REVIEW*

*DISABILITY DISCRIMINATION FILING*
FAIR HOUSING VIOLATION

*(THE CLOISTERS)*

REASONABLE ACCOMMODATION
*UNDER THE FAIR HOUSING ACT*

~ CIVIL RIGHTS ACT of 1968 ~
AS AMENDED

**MEMORANDUM REVIEW
THERETO RECORDS OF THE COURT
CAUSAL LINK DIAGRAM**

***PLEADINGS AND MOTION*** ~ ss62:189. Generally  Unless a different time is prescribed by federal statute, a defendant must serve an answer within 20 days after the service of the summons and complaint upon the defendants, except when service of the summons is timely waived on request under FRCP 4(d).

## COMPLAIN STANDING TO SUE DOCUMENT

## UNTO THE FEDERAL LAWS

**COMPANY PROFILE:** Horning Brothers ~ Private Company ... founded by brothers Joseph and Larry Horning in 1958; Headquarters Location 1350 Connecticut Ave., Ste. 800 Washington DC United States (202) 659-0700, (202) 659-9489 fax
Management of properties and communities as ... *The Cloisters*



The defining *L*egal rights and obligations of the Corporation ~ *the ability to sign CONTRACT*

Section 1983 plaintiff must show defendant's personal involvement or participation, or direct responsibility for conditions of which he complains by demonstrating causal link between defendant's conduct and plaintiff's injury. 42 U.S.C.A. Section 1983 *Reed v. McBride, 96 F. Supp. 2d 845.*

**PURSUANT TO THE RECORDS OF THE COURT** the Plaintiff Henry W. Geter II submit the following ' Memorandum Review ', it! lending support to the Procedure Rights management that are the current issues *Now in review of this court.*[1] This Management is place upon the actions and arguments of counsel to undermine this establish rights of the Plaintiff to the Entry of Default and Final Default actions.

Before this court it is stated and posture a standard of review... the Court noting:

1) To affirm on the basis of rule 12(b)(6) motion, the complaint must fail to state any set of facts which would entitle plaintiff to relief.    **Ladd v. Estate of Kellenberger, 314 N.C. 477, 481, 334 S.E.2d 751, 755.**

2) In considering the sufficiency of the complaint under Rule 12(b)(6), a court must accept as true the facts alleged therein.    **Smith v. Ford Motor Co., 289 N.C. 71, 80, 221 S.E.2d 282, 288.**

**NOW COMES THE PLAINTIFF EVIDENCE** ... noting: *Defendants have not move to dismiss counts I through IV*. Which is held to the facts, that the complaint is a constitution and common law tort action, in which the plaintiff seeks to recover damages. Thus the **Substantive Law** is firmly secured to the filing of the violations ~ *placed to the Records of the Court.* As seen to the diagram above.

**MATTER BEFORE THE COURT** are two... 1) defendants RESPONSE for insufficient service or process pursuant to Rule (b)(5) of the Federal Rules of Civil Procedure, and 2) defendants MOTION to dismiss for failure to state a claim upon which relief can be granted pursuant to Rule 12 (b)(6) ... non-individual defendants are not a legal entity and has no standing to be sued before the courts [ Horning Brothers Management ].

**APPLICABILITY OF THE RECORDS OF THE COURT...**
Unto Matter: 1) records establish that the services was render by the U.S. Marshal Office ~ under the management due process of the Court; 2) records establish that the defendants named to the *amended complaint* are **HORNING BROTHERS**, The **CLOISTERS**, Ms Veda S. Brinkley and Ms. Connie Fletcher.. *Further noting by evidence of the Government ~ Determination Letter, HUD and OHR jointly, that the Cloisters ownership is Trinity Community LLP, which can be sued thereto the Record of the Court.* Establishing that Horning Brothers and its employee can too be sued [where Ms. Brinkley and Ms. Fletcher are not removed from a lawsuit].

**Respectfully Submitted**

*Henry W. Geter II*

Dated *July 27th*, 2007

---

[1]. In general, a judge may take judicial notice of the contents of court records. In re J.M.C. 741 A. 2d 418

## CERTIFICATE OF SERVICE

I  Henry W. Geter II  HEREBY CERTIFY on this __29th__ day of __JUNE__, 2007, that a copy of the foregoing LISTED DOCUMENTS was mailed to the Defendants:

>Horning Brothers
>The Cloisters
>Ms. Veda S. Brinkley
>Ms. Connie Fletcher

***VIA ITS ASSIGNED ATTORNEYS***: Schuman & Felts, CHTD, 4804 Moorland Lane Bethesda, MD 20814, Attn: Phillip L. Felts, Esquire. by first-class mail. *[Noting: Entry of Appearance ~ not received until June 26 th, 2007.]*

Listed Documents ...   \* INCLUDING THIS MEMO

>Memorandum in opposition to MOTION to Dismiss ~ filed 06/25/07
>Memorandum in opposition to RESPONSE Entry of Default ~ filed 06/27/07

*[signature]*
Henry W. Geter II
100 Mich. Ave. N.E. Suite A-11
Washington DC 20017