RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 JUN 25 AM 9:36
NANCY M. MAYER-WHITTINGTON
CLERK

RECEIVED
JUN 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILE COPY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Henry W Geter II**
100 Mich. Ave. N.E.   Suite A-11
Washington DC 20017
202/986-2264

(Plaintiff)

vs.

**Horning Brothers**
1350 Conn. Ave. N.W.  Suite 800
Washington D.C. 20036

**The Cloisters**
100 Mich. Ave. N.E.   Suite A-21
Washington D.C.  20017

**Ms. Veda S. Brinkley**
Assistant Property Manager
Trinity Community LLP
1350 Conn. Ave. N.W. Suite 800

**Ms. Connie Fletcher**
Manager the Cloisters
100 Mich. Ave. N.E.  Suite A-21

(Defendants)

Case File No:  07-CV-0757   RBW

Filing Date June 25th 2007

*OPPOSITION TO DISMISS*

*DISABILITY DISCRIMINATION FILING*
FAIR HOUSING VIOLATION

*(THE CLOISTERS)*

REASONABLE ACCOMMODATION
*UNDER THE FAIR HOUSING ACT*

~ CIVIL RIGHTS ACT of 1968 ~
AS AMENDED

### MEMORANDUM OF LAW AS EVIDENTIARY PROFFER THERETO MOTION TO DISMISS

AMENDED ~ MISSING PG 6

*PLEADINGS AND MOTION* ~ ss62:189. Generally   Unless a different time is prescribed by federal statute, a defendant must serve an answer within 20 days after the service of the summons and complaint upon the defendants, except when service of the summons is timely waived on request under FRCP 4(d).

RECEIVED
JUL - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CAUSE DETERMINATION

For the foregoing reasons, *Owner charged with Discrimination.*

Page 12 of 12 paragraph 2) The **OHR** finds **PROBABLE CAUSE** to believe that the Respondent One [ *Trinity Community LP (The Cloisters)* ] subjected Complainant [ Henry W. Geter ] to **discrimination on the based on disability**...etc.

~

...OHR will issue a service of charge... to the **District of Columbia Office of the Attorney General** for <u>civil enforcement action in a court of competent jurisdiction.</u>

**HUD** noting upon the Plaintiff that prior to its investigation, Complainant can file suit on his or her own initiative; too which! if a finding of **PROBABLE CAUSE IS FOUND**, it will lend its assistance to the Plaintiff actions, and or will file a separate complaint upon its finding, where a

cause of action is place unto a difference action [i.e. *Housing Discrimination*]. Unto this determination! an action of filing would be placed ONLY upon the Owners of The Cloisters ...
**Trinity Community LP, et al.** Its filing will not disturb any Federal Complaint seen before the U.S. District Court.

This *MEMORANDUM* is submitted unto the **Records of the Court**, as a *Testamentary Document* in evidence, which explicitly states legal instructions[12] , they being sufficient by common lawdoctrine[13], to examined proper guidelines held upon US District Courts to fully endorse the

Pg 6

---

[12]. C.A. 7 (Ill.) 2004 " Piercing the corporate veil " is not itself an action, but is merely a procedural means of allowing liability on a substantive claim. - International Financial Services Corp. v. Chromas Technologies Canada, Inc., 356 F.3d 731.

[13]. Tenn. Ct.App. 2006 A motion to dismiss for failure to state a claim challenges only the legal sufficiency of the complaint; it does not challenge the strength of the plaintiff's proof. Rules Civ.Proc., Rule 12.02(6) – Barnes & Robinson Co., Inc. V. OneSouth Facility Services, Inc., 195 S.W. 3d 637.

*[signature]* 7/6/07

## CERTIFICATE OF SERVICE

I   Henry W. Geter II   HEREBY CERTIFY on this  6th  day of  July , 2007, that a copy of the foregoing Memorandum was mailed to the Defendants:

> Horning Brothers
> The Cloisters
> Ms. Veda S. Brinkley
> Ms. Connie Fletcher

***VIA ITS ASSIGNED ATTORNEYS***: Schuman & Felts, CHTD, 4804 Moorland Lane Bethesda, MD 20814, Attn: Phillip L. Felts, Esquire. by first-class mail. *[Noting: Entry of Appearance ~ not received until June 26th, 2007.]*

_____
Henry W. Geter II
100 Mich. Ave. N.E. Suite A-11
Washington DC 20017