UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HENRY W. GETER, II,                  *
                                     *
          Plaintiff,                 *
                                     *
     v.                              *     Case No.: 1:07-cv-00757 (RBW)
                                     *
HORNING BROTHERS, *et al.*,          *
                                     *
          Defendants.                *

## ANSWER OF DEFENDANTS VITA S. BRINKLEY AND CONNIE FLETCHER

Defendants, Vita S. Brinkley and Connie Fletcher, by and through their undersigned counsel, hereby state the following as their Answer to the Amended Complaint.

### FIRST DEFENSE

The Amended Complaint fails to state any claim upon which relief may be granted.

### SECOND DEFENSE

The relief sought in the Complaint is, or may be, barred by the doctrines of consent, waiver, contributory negligence, lack of reasonable reliance, and a lack of any statutory basis for any claims. Defendants expressly reserve the right to amend or supplement their Answer based upon new or additional information.

### THIRD DEFENSE

In answer to the numbered paragraphs of the Amended Complaint, Defendants state as follows:

The introductory statement purports to characterize or summarize the claims and, therefore, no response is required. To the extent that a response is deemed to be required, Defendants expressly deny all allegations of wrongdoing.

1.     These averments state conclusions of law as to which no response is required.

2.     These averments state conclusions of law as to which no response is required.

3.     These averments state conclusions of law as to which no response is required.

4.     This averment states a conclusion of law as to which no response is required.

5.     These averments pertain to a written document, which documents speaks for itself.

6.     These averments state conclusions of law as to which no response is required.

7.     These averments purport to characterize the Amended Complaint and, therefore, no response is required.

8.     These averments pertain to a Co-Defendant and, therefore, no response is required.

9.     These averments pertain to a Co-Defendant and, therefore, no response is required.

10.    Denied.

11.    These Defendants admit only that they had property management responsibilities relative to the place of residence of the Plaintiff.  The remaining averments are denied.

12.    Denied.

13.    Denied.

14.    Denied.

15.    Denied.

16.    Denied.

17.    Denied.

**First Claim For Relief**
**(Fair Housing Act Violation)**

18.    Defendants incorporate by reference their responses to the preceding paragraphs of the Amended Complaint.

19.    Denied.

20.    Plaintiff refers to a written document, which document speaks for itself. The remaining averments are denied.

21.    Denied.

**Second Claim For Relief**
**(Intentional Misrepresentation)**

22.    Defendants incorporate by reference their responses to the preceding paragraphs of the Amended Complaint.

23.    Denied.

24.    Denied.

Third Claim For Relief
(Negligence)

25.    Defendants incorporate by reference their responses to the preceding paragraphs of the Amended Complaint.

26.    Denied.

27.    Denied.

Fourth Claim For Relief
(Discrimination)

28.    Defendants incorporate by reference their responses to the preceding paragraphs of the Amended Complaint.

29.    Denied.

30.    Denied.

Fifth Claim For Relief
(Exemplary Damages)

31.    Defendants incorporate by reference their responses to the preceding paragraphs of the Amended Complaint.

32.    Denied.

FOURTH DEFENSE

Defendants expressly deny any averment of fact not explicitly admitted herein and reserve the right to amend or supplement this Answer based upon new or additional information.

FIFTH DEFENSE

Any award of punitive damages in this case would violate the Due Process Clause of the United States Constitution.

WHEREFORE, having fully answered the Amended Complaint, Defendants, Vita S. Brinkley and Connie Fletcher, respectfully pray that said Amended Complaint be dismissed, with prejudice, and that they be awarded all appropriate costs.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By:_____
David P. Durbin
Bar #928655
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 496-2804
Fax:  (202) 496-2800
E-mail:  d.durbin@jocs-law.com

Counsel for Defendants, Vita S. Brinkley and Connie Fletcher

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Answer Of Defendants Vita S. Brinkley And Connie Fletcher was mailed, first class and postage prepaid, this 20th day of August, 2007 to:

Mr. Henry W. Geter, II
Suite A-11
100 Michigan Avenue, NE
Washington, DC  20017

and was served electronically this _____20TH_____ day of August, 2007 upon:

Phillip Lynn Felts, Esquire
SCHUMAN & FELTS, CHARTERED
4808 Moorland Lane
Bethesda, MD  20814


_____
David P. Durbin