UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY W. GETER, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-0757 (RBW) |
| | ) |
| HORNING BROTHERS MANAGEMENT *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that plaintiff's motion for default judgment [Dkt. No. 6] is DENIED; it is

FURTHER ORDERED that the motion to dismiss the complaint against Horning Brothers Management and The Cloisters [Dkt. No. 10] is GRANTED; and it is

FURTHER ORDERED that the action is maintained against defendants Veda S. Brinkley and Connie Fletcher.

_____s/_____
Reggie B. Walton
United States District Judge

Date: August 21, 2007