UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HENRY W. GETER, II, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:07-cv-00757 (RBW) |
| HORNING BROTHERS, *et al.*, | * | |
| Defendants. | * | |

**PRAECIPE SUBSTITUTING COUNSEL**

Please withdraw the appearance of Phillip L. Felts, Esquire and Schuman & Felts, Chartered as attorneys for the Defendants, Vita S. Brinkley and Connie Fletcher, and enter the appearance of David P. Durbin, Esquire and Jordan Coyne & Savits, L.L.P. as attorneys for those Defendants.

Respectfully submitted,

| SCHUMAN & FELTS, CHTD. | JORDAN COYNE & SAVITS, L.L.P. |
|---|---|
| By: /s/ Phillip L. Felts by David P. Durbin (with permission) | By: /s/ David P. Durbin |
| Phillip L. Felts | David P. Durbin |
| Bar #222448 | Bar #928655 |
| 4804 Moorland Lane | 1100 Connecticut Avenue, NW |
| Bethesda, MD  20814 | Suite 600 |
| | Washington, DC  20036 |
| (301) 986-0200 | (202) 496-2804 |
| E-mail: felts@sfelaw.com | E-mail: d.durbin@jocs-law.com |
| Counsel for Defendant, Horning Brothers Management | Counsel for Defendants Vita S. Brinkley and Connie Fletcher |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Praecipe Substituting Counsel was mailed, first class and postage prepaid, this 29TH day of August, 2007 to:

> Mr. Henry W. Geter, II
> Suite A-11
> 100 Michigan Avenue, NE
> Washington, DC  20017

and was served electronically this 29TH day of August, 2007 upon:

> Phillip Lynn Felts, Esquire
> SCHUMAN & FELTS, CHARTERED
> 4808 Moorland Lane
> Bethesda, MD  20814

_____
David P. Durbin