IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Henry W Geter II
(Plaintiff)

Case File No: 07-CV-0757   RBW

vs.

Trinity LP
(Defendant)

### PLAINTIFF MOTION
### TO DISMISS WITHOUT PREJUDICE
### UPON THE DEFENDANT ~ TRINITY LP

**NOW COMES** ... the Plaintiff, Henry W. Geter II, Pro Se, by its actions and authority, moved by the authorization raised by the Government... *The Department of Housing and Urban Development (HUD)*; *The Office of Human Rights with The District of Columbia (OHR)*, and moves this Court to Dismiss Without Prejudice, counts 1 through 5 of the Complaint in the above-entitled action.

Respectfully Submitted:

*[signature]*
Henry w Geter II
Plaintiff
100 Mich. Ave. N.E.   A-11
Washington DC 20017

**RECEIVED**

OCT 1 5 2007

**NANCY** MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I  Henry W. Geter II    HEREBY CERTIFY on this ___15th___ day of __October__, 2007, that a copy of the foregoing MOTION was mailed to the Defendants:

Trinity LP

***VIA ITS ASSIGNED ATTORNEYS***: David P. Durbin, Esquire, 1000 Conn. Ave. N.W. Suite 600, Washington D.C. 20036, by first-class mail ***FOR THE DEFENDANTS*** ~ Ms. V.S. Brinkley and Ms. Connie Fletcher, Horning Brothers Corporation, and Trinity LP.

_____
Henry W. Geter II
100 Mich. Ave. N.E. Suite A-11
Washington DC 20017