UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY W. GETER, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-0757 (RBW) |
| | ) |
| HORNING BROTHERS MANAGEMENT *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

Plaintiff, proceeding *pro se*, moves to dismiss the complaint against Trinity LP, but Trinity LP is not a named defendant in this case. In addition, plaintiff moves to dismiss "counts 1 through 5 of the Complaint," but this would result in dismissal of the entire complaint insofar as the amended complaint sets forth five claims against all defendants. Accordingly, it is

ORDERED that plaintiff's motion to dismiss [Dkt. No. 24] is DENIED without prejudice to plaintiff's filing of a motion that clarifies his intent.

_____s/_____
Reggie B. Walton
United States District Judge

Date: October 24, 2007