IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Henry W Geter II
  (Plaintiff)
vs.
Horning Brothers Corporation
Trinity LP
Veda S. Brinkley
Connie Fletchers
  (Defendant)

Case File No: 07-CV-0757 RBW

MOTION FOR GOVERNING
AUTHORITY AND OBLIGATION
[*SUPPORTIVE EVIDENCE OF LAW*]

The information of this Memorandum bring further clarification of the Options placed upon the Plaintiff. It is given to the Letters received via HUD and OHR. Where the documents received by the plaintiff, gives a direction of law, upon the actions filed with HUD.

*Historical Background:* The fundamental argument before this Court... is, that the Plaintiff Constitutional Rights have been violated by the Defendants, a fact held in place by the State [ municipality of the District of Columbia ], to whom has now imposed a policy to remove the Plaintiff rights to bring legal action in Federal Court. As a citizen the law requires and govern the rights of the people. Bring the right to bring suit upon those citizen's where an investigation action of their violation of the law, are governed to conduct. Where this conduct is brought unto review by the State, the State cannot further violate the rights of the citizen bringing the suit, by exercising a policy that which control and or govern the obligations of laws due him or her. Being! the constitutional right to pursue a legal action to address the violation of law, *founded upon a statute [1]violation*.

Where a complain has embrace and been examined to hold true, the voice of a citizen crying out for equal protection of the law, the governing presentation of his complain must be properly reviewed

**RECEIVED**

Pg 1

NOV 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[1]. Ca. App. 2 Dist. 2000 Court must take judicial notice of state and federal decisional and statutory law. West's Ann.Cal.Evid.Code s 451(a). – Duggal v. G.E. Capital Communications Services, inc., 96 Cal.Rptr.2d 383, 81 Cal,App.4th 81.

by the State, and if a finding of a constitutional violation is proper, the obligation due the violation cannot be render, by the removal of the plaintiff rights to bring suit against all parties. It is held that no state policy can deny the authority of a citizen to seek a legal remedy in Federal Court.

Ratified in 1791..., " The Bill of Rights" Amendment VII states... In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the united States, than according to the rules of the common law. Further " The Constitution of the United States of America" hold unto Article I, Section 10, no State shall... pass ... law impairing the obligation of contracts ...etc.

***Current Law:*** *The question of law thus raised here...* is whether the state has a right to impose on the Plaintiff, a non-constitutional authority stipulating his actions, that are to be rendered, to bring its legal authority into account; in violation of the obligations due by federal law.

The term "*LAW*" comprises statutes, constitutional provisions, municipal ordinances, and administrative regulations having the force and operation of statutes.[2]

Plaintiff notes... that the actions of **OHR** to restrain the Plaintiff from the limits of his constitutional rights is prohibited, once the parties (defendants) have signed a contract. The limits upon which the contract as a housing document is further held to Federal obligations due its standing... placed unto the *Fair Housing Act of 1988*. Here there is no dispute about the facts governing the violation disclosed by **OHR**, the issue here is whether the policies [ruling filed] with the Plaintiff, tramps his rights to pursuit legal actions against all parties underscoring the violation, it having a legal standing of law.

Standing of Law governing Plaintiff claim filed in Federal court is establish unto **Title 42, U.S.C. section 1983** violation.[3] **OHR** as the investigating arm of HUD, have an obligation to by law, to define the probable cause due, if any, then bring forth the instrument needed the protect the complainant rights. The Plaintiff has then! ***his liberty to bring suit*** before Federal Court, and notes that no <u>S</u>tate shall " deprive any personal of life, liberty, or property, without due process of law." His right to sue all parties held to this constitutional violation.

***COMES NOW OHR LETTER*** : Pursuant to DC Code section 2-1403.16, the Office of Human Rights dismissed the above cited case because Complainant ***filed a similar action*** in District Court

Pg 2

---

[2]. Appleby v. Delaney, 271 U.S. 403

[3]. Governmental entity can be sued and subjected to monetary damages and injunctive relief under s 1983 only if its official policy or custom causes a person to be deprived of a federally protect right. 42 U.S.C.A. s 1983. – **Henrise v. Horvath, 94 F. Supp.2d 768.**

for the District of Columbia. (Starting comments) ... Therefore, the Office of human Rights **Dismisses Without Prejudice** complainant's OHR complaint, <u>*Henry Geter v. Trinity Community LP, et al*</u>, OHR case number: 7-176-H and HUD case number: 03-070283-8. The OHR notes that it will not consider reopening Complainant's claim **without an *Order* from the Court**. ( Ending comments), dated Nov. 13th, 2007 [ see attached ][4]

*MOTION LEGAL STANDING OF LAW*: It is well establish! That Federal Law does tramp any conflicting State Law actions. Evidence of this matter is given to the **SUPREMACY CLAUSE** .

In review of the ***Supremacy Clause Article, VI*** ... the constitution, and the laws of the United States which shall be made in pursuance thereof... shall be the supreme law of the land; and <u>the judges in every State shall be bound thereby</u> .. etc.

**OHR** has noted that the action of the Plaintiff has similar standing, unto the matter filed in both arena. HERE the Plaintiff see's this action as an area, conflicting his right to sue all parties, held to the federal violation of law: **DISCRIMINATION**. The Supremacy Clause in the Constitution explains that Federal Law always trumps State Law which means federal always wins if there is a conflict between the two.

According Law, under the Supremacy Clause, everyone must follow Federal Law in the face of conflicting State Law. It has long been established that "a State Statute is void to the extend that it actually conflicts with a valid Federal Statute" and that a conflict will be found either where compliance with both Federal and State law is impossible or where the State Law stands as an obstacle to accomplishment and execution of the full purposes and objectives of Congress. ***Edgar v. Mite Corp., 457 U.S. 624, 631.***

*NOW COMES* the plaintiff, holding that the action of **ORH** *govern authority,* conflict with his equal rights to sue all parties, in violation of his constitutional rights as placed to Title 42 U.S.C. Section 1983, and brings upon this policy ... an obstacle, where the plaintiff action to accomplish his federal rights become an impossible task at best... as shown by the filing of this Motion.

Pg 3

---

[4]. "Official policy" of a municipality, sufficient to render the municipality liable under taken by employees pursuant to the policy, includes a policy statement, ordinance, regulation, or decision that is officially adopted and promulgated by the municipality's law-making officers or by an official to whom the law-makers have delegated policymaking authority, or a persistent widespread practice of city officials or employees, which although not authorized by an officially adopted and promulgated policy, is so common and well settled as to constitute a custom that fairly represents municipal policy. 42 U.S.C.A. s 1983 – Mossey v. City of Galveston, Tex., 94 F.Supp.2d 793.

## MOTION

Plaintiff pray that said **ORDER** be issue to **OHR** to annullify and declare void; the action giving *N*otice to the Plaintiff as mentioned above, that they **OHR** resume its authority upon the Defendant ~ Trinity Community LP et al, *in whom the violation of Federal Law is evidence*. That the Plaintiff rights to bear suit upon <u>*all of the others Defendant's are grounded to establish Federal law*</u>, guaranteed to all citizen of the United States by legal birth. *For it is firmly cited by the Court's rulings, that unto ~ a Title 42 U.S.C. s 1983 Complaint, ...this federal law shall govern a Plaintiff rights; which is an entitlement by federal law.* The actions of **OHR** letter [*policy*] is bounded by law; govern to the Plaintiff due process rights ~ placed upon the Fourteenth Amendment[5], and is not as an obligation of the State to define, in whom the violation of the Claimant rights shall be given to in suit; such failure to bring suit to all of parties underwrites its liability [6] to the Plaintiff.

*Due Process* establishes... in principle, that the government must respect all of a person's legal rights instead of just some or most of those legal rights...etc. **OHR** *Notice* does not respect the right of the Plaintiff to bring suit upon **ALL OF THE PARTIES**, in violation's of his constitutional rights. Their activity is solely focus *only* upon the Owner [landlord] ... ***Trinity Community LP.*** This action lay ground to the deprivation[7] of the constitutional rights embrace by Title 42 U.S.C.A. s 1983.

Respectfully Submitted:

/s/ Henry W. Deter II ~ Plaintiff
100 Mich. Ave. N.E. A-11
Washington DC 20017

11/19/07

Attachments (1) ... Letter

**Pg 4**

---

[5]. Fourteenth Amendment Due Process Clause restricts activities of the states and their instrumentalities, whereas the Fifth Amendment's Due Process Clause circumscribes only the actions of the federal government. U.S.C.A. Const.Aments 5, 14 – Scott v. Clay County, TN, 205 F.3d 867, 200 Fed-App. 74P.

[6]. For purposes of imposing liability on municipality under s 1983, causation is met only if municipal policy at issue is the moving force behind the constitutional violation. 42 U.S.C.A. s 1983 – Brewer v. City of Daphne, 111 F.Supp.2d 1299.

[7]. In order for municipalities to be held liable under s 1983, plaintiff must show that municipal policy or custom caused deprivation in question. 42 U.S.C. s 1983 – Bendel v. Westchester County Heath Care Corp., 112 F.Supp.2d 324.

## CERTIFICATE OF SERVICE

I   Henry W. Geter II   HEREBY CERTIFY on this ___19th___ day of ___NOV.___, 2007, that a copy of the foregoing MOTION was mailed to the Defendants:

        Horning Brothers Corporation
        Trinity Community LP
        Ms. Veda S. Brinkley
        Ms. Connie Fletcher

***VIA ITS ASSIGNED ATTORNEYS***: David P. Durbin, Esquire, 1000 Conn. Ave. N.W. Suite 600, Washington D.C. 20036, by first-class mail ***FOR THE DEFENDANTS*** ~ Ms. V.S. Brinkley and Ms. Connie Fletcher, Horning Brothers Corporation, and Trinity LP.

_____
Henry W Geter II
100 Mich. Ave. N.E. Suite A-11
Washington DC 20017

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of Human Rights



**Judiciary Square Office**
441 4th Street, NW, Suite 570N
Washington, DC 20001
Phone: (202) 727-4559  Fax: (202) 727-9589

**Penn Branch Office**
3220 Pennsylvania Avenue, SE, 1st Fl.
Washington, DC 20020
Phone: (202) 727-4559  Fax: (202) 645-6390

*Via Certified and Regular Mail*

November 13, 2007



Henry W. Geter II
100 Michigan Avenue, # A-11
Washington, DC 20017

Phillip L. Felts, Esq.
Schuman & Felts, CHTD
4804 Moorland Lane
Bethesda, MD 20814

Trinity Community LP
c/o Chad Hill, Horning Brothers
1350 Connecticut Ave. NW, Suite 800
Washington, DC 20026

Steven M. Paikin, Director
Office of Fair Housing and Equal Opportunity
District of Columbia Field Office
820 First Street, NE, Suite 300
Washington, DC 20002

**FILE COPY**

Re:  *Henry Geter v. Trinity Community LP, et al*
     OHR CASE NUMBER:    07-176-H
     HUD CASE NUMBER:    03-07-0283-8

Dear Parties:

Pursuant to DC Code § 2-1403.16, the Office of Human Rights dismissed the above cited case because Complainant filed a similar action in District Court for the District of Columbia. On October 15, 2007, this Office received Complainant's documents that he filed in support of a Motion to Dismiss of this case. Based on this information, OHR ordered the following; 

1) It vacates the **ADMINISTRATIVE DISMISSAL** of July 23, 2007
2) Case file is reopened effective October 31, 2007
3) Parties will be contacted by the Mediation Unit for conciliation.

<u>Henry Geter v. Trinity Community LP, et al</u>
OHR CASE NUMBER:   07-176-H
HUD CASE NUMBER:   03-07-0283-8
Page 2 of 2

4) If the case fails conciliation, the Complainant may elect the following:
    a. Request representation from Office of the Attorney for filing in Superior Court.
    b. Request that the case be certified to the Commission on Human Rights; and retain his own Counsel or request that an attorney be appointed.
    c. Retain his own counsel and proceed to Superior/Federal Court.

But, on November 6, 2007, this Office received notice that the United States District Court for the District of Columbia, Judge Reggie Walter, denied Complainant's Motion to Dismiss..The Court stated Complainant attempted to dismiss an unnamed party and Counts 1-5 of the complaint. Although Complainant still may refile for dismissal, his federal claim is still active. The OHR agrees that it was premature to reopen Complainant's case without receiving a final order from the Court.

Therefore, the Office of Human Rights **DISMISSES WITHOUT PREJUDICE** Complainant's OHR complaint, *Henry Geter v. Trinity Community LP, et al,* OHR case number: 7-176-H and HUD case number: 03-07-0283-8. The OHR notes that it will not consider reopening Complainant's claim without an Order from the Court.

*IT IS SO ORDERED.*

Sincerely,

Gustavo F. Velasquez
Director

Attachments