IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Henry W Geter II

    Plaintiff
    vs.
Horning Brothers
Corporation *et al.*,

    Defendants

Case File No: 07-CV-0757 RBW

## MEMORANDUM DOCKET CASE SUMMARY REPORT
## SUMMARY ANALYSIS OF PLAINTIFF CASE

*Introduction:* the following report is reflective of the contents of the **R**ecords of the Court …a claim is legally valid, if and only if it is backed by a ***statute, a regulation, or by precedent***. *Cited Proceedings*: Cal.App.2 Dist. 2000 "Court must take judicial notice of state and federal decisional and statutory law. West's Ann.Cal.Evide.Code s 451(a) – Duggal v. G.E. Capital Communication Services, Inc., 96 Cal.Rptr.2d 383, si Cal.App.4th 81.

Plaintiff  <u>Henry W. Geter II</u>   Analyst _____   Case # <u>07CV0757RBW</u>
Address <u>100 Mich. Ave. N.E.  A-11   Washington DC 20017</u>   Telephone # <u>202/986-2264</u>
Analysis Date _____, 200__   Attorney <u>Pro Se</u>   Sponsor _____

**SUBJECT**   The Violation of Federal …Constitutional and Statutory laws

    a) Title 42 U.S.C.A. Section's 1983, 1985, and 1986
    b) Title VII of the Civil Rights Act of 1968, as amended
    c) Fair Housing Act of 1988

Pg1

**RECEIVED**

DEC 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CASE SUMMARY
### *Interest Of The Plaintiff*:

Congress enacted the above mention laws to prohibit conduct, and provide equal protection, upon a defined group of individual to whom fall within is legislative intent.

This case raises the question of whether the defendants have violated these laws.

### *Plaintiff's Statement of Facts*:

That the denial of his " reasonable accommodation " request, by the defendants violated his Federal Rights.  That this violation is placed upon the defendants conduct, in their application and management of the mention laws hereto. [Doc. # 3]   Filed: 4/30/07.

That unto their action and or inaction to provide a duty of care, a lawsuit was filed.

### *Defendant's Response*:

On August 20th, 2007, defendant's filing its *A*NSWER affirmative defenses
 Legal arguments... placed averments and denial of claims [Doc. # 16]

On November 20th, 2007, defendant's filing its motion for judgment on the pleadings
 Legal arguments... none of the claims are viable as a matter of law [Doc. # 28]

## CASE ANALYSIS
### *Plaintiff's Response*:

On November 27th, 2007, plaintiff filing motion for summary judgment [Doc. # 31]
*M*otion has filed supplemental briefs (3) attached to its standing.

Legal arguments... *A*NSWER   lacks sufficient evidence in facts   specificity

> [ *Point of Authority* ... If the non-moving party ultimately fails to present specific facts indicating that a genuine issue of material fact exist, summary judgement is proper.
>
> *Id*. Hunt v. IBM <u>see motion documents</u> ]

**Pg 2**

On November 27th, 2007, plaintiff filing opposition to motion for judgement [Doc. # 31] *O*pposition has filed supplemental briefs (1) attached to its standing.

Legal argument... Complaint *i*ncorporate government letter bearing upon the issue of facts held to the claim of discrimination, to be determined by *HUD*.

[ *Point of Authority*... A motion for judgment on the pleadings cannot be sustained where there are issues of fact to be determined. Norman v. Leach 1953 OK 17, 208 Okla 25, 252 P.2d 1020   see motion supplemental opposition ]

**Report Legal Analysis:**

**HUD Letter** ... bring unto the records of the court, *direct evidence* supporting the plaintiff claims; its authority to establish the legal issues, is legislated by Congress.

Defendant's motion for judgment on the pleadings, is a "concealment" effort, to the full suppression of this evidence. **Known** on September 4th, 2007. [Doc. # 23] ***Why then the filing of the motion... on November 20th, 2007        Plaintiff Ask!***

***Records of the Court:*** establishes that defendants motion is in absence of direct evidence, its legal intent lack direct evidence; *i*t! must be of similar presentation as with the plaintiff **HUD Letter**. Without this evidence, defendants reasoning given to its motion for judgment is factually baseless and cannot evince the discrimination stemming from the *defendants conduct*. Unto the material evidence of the plaintiff case, **the defendants** had a legal obligation to disclose its review of this evidence, yet! it filed a motion ...which by its own hand concrete defendants conduct, with no legal foundation. Now! furthering the incriminating facts ... to be consider upon the *Defendants conduct.* Being an obstruction of justice denying acknowledgment of the **HUD Letter**; where the filing of any motion for judgment would be moot.

The **HUD Letter** establishes defendants *c*onduct...        ( *context to the claims* )

1st ) and policy played a part in the violation of statutory rights
2nd ) was willful... a deliberate purpose not to discharge a duty
3rd ) is in violation of a statutory law.. and a prima facie evidence of negligence
4th ) inactions, falls within the class of persons intended to be protected
5th ) as managers! had personal involvements in the alleged deprivation

**Pg 3**

*Material Evidence Filings:*          [_establishing material facts_]

Plaintiff __10__   Defendants __0__

<u>R</u>uling Precedent... Arguments of counsel are not evidence
    Flentje v. First Nat. Bank of Wynne, 11 S.W. 3d 531, 340 Ark. 563

*Leading Precedent:*          (_context to the records of the court_)

In order to successfully oppose a motion for summary judgment, the non-moving party cannot rely upon the mere averments or denial set forth in its pleading but must present specific facts showing that there is a genuine issue for trial.
e) Hunt v. IBM Mid Am. Employees Fed Credit Union, 384 N.W. 2d 852, 855

See defendants ANSWER affirmative defenses ... legal arguments above

"In interpreting a statute a court should always turn to one cardinal canon before all others... courts must presume that a legislature says in a statute what it means and means in a statute what it says there."
Connecticut Nat'l Bank v. Germain 112 S.Ct. 1136, 1149

See "<u>S</u>ubject" content mentioned above;   **HUD Letter** ..._is legislated by Congress_.

*Note: All supporting precedent's held to the court records by plaintiff are validated.*

...

*Defendants:*                    *Attorney:*

*Horning Brothers (Corporation) et al.*     *Lead ... David P. Durbin*

*Agent: Joseph Horning Jr.*          *1100 Conn. Ave. N.W.  Suite 600*

*Washington DC Incorporation*        *Wash DC 20036    202/496-2804*

**DOCKET**                               *Complaint Filing Date...  04/27/2007* [Doc. # 1]

    Demands $ 2,500,000.00          Cause/*Nature of Suit*     443  Civil Rights

**SYNOPSIS**

    Section 1983 is the general federal civil rights statute which creates a cause of action for any deprivation of federal rights " under color of *any statute*, etc. "

    Federal Civil Rights Statute... Title 18, U.S.C. Section 245 1(b)
        This statute prohibits willful injury, intimidation, or interference, or attempt to do so, by force or threat of force of any person or class of persons because of their activity as... a participant in any benefit, service, privilege, program, facility, or activity provided or administered by the United States.

    Plaintiff has a viable claim because he has a disability... that his disability fall within the violation of the *Fair Housing Act*.

    *HUD* has the primary authority for enforcing the Fair Housing Act.

    *HUD* investigated the plaintiff complaint, received material evidence and has made its determination that there is a " reasonable cause " to believe that DISCRIMINATION occurred.

    Submitting this " Material Evidence " to the plaintiff as a ...***Letter of Determination***

    Defendant's Motion for Judgment On the Pleadings is designed to deny this evidence. [seeking... to override the complaint, without consideration of this evidence]

*Ruling Precedent:*

    To prove a claim of negligence per se, plaintiff must establish that the defendant violated a statute that was enacted for public safety, that the plaintiff belongs to the class of persons for whose benefit the statute was enacted, that the harm that occurred was of the type against which the statute was designed to protect, and that the statutory violation was a proximate cause of plaintiff's injury. Halterman v. Radisson Hotel Corp., 523 S.E. 2d 823, 259 Va. 171

**Pg 5**

***Claims Analysis:*** sample [ Intentional Misrepresentation] 2nd claim
Plaintiff claim is base on *willful* injury...on a failure to disclose or an active concealment. Place to the defendants denial of his response letter ...seeking of Cloisters managers 'reasonable accommodation', as a right [ duty of care ] due him by statutory law. This law as <u>*material fact*</u> is foundation to the Fair Housing Act of 1988, to which a reliance was held upon by the plaintiff. Horning Brothers and its staff misrepresentation of this Statute ...material facts, validate the 2nd claim. [ See "original" filing of summary judgement... pg 10... Benton v. Hillcrest Foods, Inc. 524 S.E. 2d 53 ~ *imposed by law*]

***Ruling Precedent:***
One who, in sale, rental or exchange transaction with another, makes a misrepresentation of a material fact for the purpose of inducing the other to act or to refrain from acting in reliance upon it, is subject to liability to the for pecuniary loss caused to him by his justifiable reliance upon the misrepresentation, even though it is not made fraudulently or negligently. Emerson v. Ham, 411 A.2d 687, 690.

Traditionally, a party commits fraud if he (1) makes a false representation (2) of a material fact (3) with knowledge of its falsity or in disregard whether it is true or false (4) for the purpose of inducing another to act or to refrain from acting in reliance on it, and (5) the other justifiably relies on it to his damages. Glynn v. Atlantic Seaboard Corp., 728 A 2d 117, 119

<u>*Note*</u>: Bring into review the full precedents language to the ***HUD Letter***.

***Significant Case Filings:***      *Governing... federal law defenses*
Plaintiff ...   Constitutional and Statutory Law ___*102*___ ; other ___*0*___
Defendants...  Constitutional and Statutory Law ___*0*___ ; other ___*10*___

***Rulings Precedent:***
The elements of, and the defense to section 1983 claim are defined by *f*ederal *l*aw. 42 U.S.C.A. s1983. Doe v. Leach 988 P.2d 1252, 128 N.M. 28, 1999

**Pursuant Precedent of Plaintiff:**

*H*eld Unto the complaint... grounded to the 3rd claim **_negligence_**

> D.C. 2000  In order to prevail on a claim of negligence, the plaintiff must establish that the defendant owned him a duty of care, that the defendant breached that duty, and that the plaintiff sustained harm as a proximate result of the defendant's breach.  – Souci v. William C. Smith & Co., 763 A.2d 96.

> La.App. 3 Cir. 2000  To prevail in tort, Louisiana law requires proving five separate elements; (1) duty; (2) breach of duty; (3) cause in fact: (4) scope of liability or *p*rotection; and (5) damages. -Frederick v. Vermillion Parish School Bd., 772 So.2d 208, 00-382.

> Cal. 2001  Plaintiff in a negligence action must show some substantial link or nexus between omission and injury. – Saelzler v. Advanced Group 400, 23 P.3d 1143, 107 Cal.Rptr.2d 617, 25 Cal.4th 763.

> *N*ote: **_HUD Letter_**... provides the substantial link and nexus factors.

> _Nexus Factors:_   Violation of federal laws

> Status ... Corporations can be held liable for the acts of their agents and even the most junior employees so long as the acts were committed in the course and scope of employment, and were intended to the benefit the corporation.

> \* failure to supervise... there is established procedures of law held to the Fair Housing Act, and a system for its application via certain procedures, which would reasonably be expected, to be managed to prevent and detect a given violation.

> \* controlling personal... Culpable participation is an underlying controlled liability which establish that the evidence placed before its investigation, the person whom name is seen upon the material documents, knew of its fraudulent misrepresentation and mutually participated in its delivery.

> This material evidence showed that the person's inaction intentionally and duly furthered the fraud.

She [Mrs. Veda S. Brinkley] admitting: the accommodation would not have been granted...and that *s*he then would have to grant other residents request to do the same thing as Complainant.       [given material fact]

Government Response *HUD*... Respondent's [Mrs. Brinkley] reasons for denying Complainant's accommodation are *w*eak and *d*iscriminatory.

### *Relevant Precedent's*

When evidence offered to prove a vital fact is so *w*eak as to do no more than create mere surmise or suspicion of its existence, evidence is no more than a scintilla and, in legal effect, is no evidence. – Ebasco Constructors, Inc. v. Rex, 923 S.W.2d 694, rehearing overruled, and writ denied.

Culpable two-part test requires evidence that the controlling person has culpable participation in the transaction; and that the controlling person also " possessed the power to control the specific transaction or *a*ctivity upon which the primary violation is predicated." Metge v. Baehler, 762 F.2d 621, 631

*COME NOW* plaintiff *Amended Complaint...filed Apr. 30th, 2007. ...*
Pg 8 *i*ncorporated by reference paragraphs 1 through 27; i.e. ...
26. That the above referenced acts and omissions of the Defendants were negligent (*c*ulpable).

<u>*Legal Standing*</u>: Culpable negligence. Failure to exercise that degree of care rendered appropriate by the particular circumstances, and which a man of ordinary prudence in the same situation and with equal experience would not have omitted.

Plaintiff request for 'reasonable accommodation' is a *v*iable circumstance. <u>*Material evidence*</u> submitted to the court records support this *v*iability.

Respectfully Submitted

_____
Henry W. Geter II
100 Mich. Ave. N.E. A-11
Washington DC  20017

Date: DEC 17th, 2007

**Pg 8**

## CERTIFICATE OF SERVICE

I Henry W. Geter II HEREBY CERTIFY on this 17th day of Dec., 2007, that a copy of the foregoing Memorandum was mailed to the Defendants:

Horning Brothers Corporation
Trinity Community LP
Ms. Veda S. Brinkley
Ms. Connie Fletcher

***VIA ITS ASSIGNED ATTORNEYS***: David P. Durbin, Esquire, 1100 Conn. Ave. N.W. Suite 600, Washington D.C. 20036, by first-class mail ***FOR THE DEFENDANTS*** ~ Ms. V.S. Brinkley and Ms. Connie Fletcher, Horning Brothers Corporation, and Trinity LP.

Henry W. Geter II
100 Mich. Ave. N.E. Suite A-11
Washington DC 20017