**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HENRY W. GETER, II,                          *
                                             *
        Plaintiff,                     *
                                             *
    v.                                   *       Case No.: 1:07-cv-00757 (RBW)
                                             *
HORNING BROTHERS, *et al.*,                  *
                                             *
        Defendants.                    *


**REPLY TO PLAINTIFF'S "NOTICE OF DEFENDANTS' FAILURE TO**
**RESPOND TO ADMISSION OF FACTS"**

Defendants, Horning Brothers Corporation, Veda S. Brinkley and Connie Fletcher, (hereinafter "Defendants"), by and through the undersigned counsel, hereby provide the following Reply to Plaintiff's Notice of Defendants' Failure to Respond to Admission of Facts.

1.     Plaintiff filed his "Requests for Admission of Facts Upon Defendants" with the U.S. District Court for the District of Columbia on December 26, 2007. Plaintiff mailed this request to the undersigned counsel on December 26, 2007. The Defendants' counsel received notice of Plaintiff's filing on December 27, 2007 by an email message from the Court that is automatically sent as a notice of filing.

2.     Fed. Rule of Civ. Proc. 36 states that the request for admission "is admitted unless, within 30 days after service of the request...the party to whom the request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter."

3.     On January 25, 2008, Defendants served Plaintiff with their answers and objections to Plaintiff's requests for admissions. See attached Certificate of Service.

-1-

4.      Because the Defendants answered the requests for admissions within 30 days, the requests are not deemed admitted.

      WHEREFORE, Defendants, Horning Brothers Corporation, Veda S. Brinkley and Connie Fletcher, respectfully request that this Honorable Court deny Plaintiff's request to deem the requested admission of facts as admitted.

Respectfully submitted,
JORDAN COYNE & SAVITS, L.L.P.

By:     / s / David P. Durbin
     David P. Durbin  #928655
     1100 Connecticut Avenue, NW
     Suite 600
     Washington, DC  20036
     (202) 496-2804
     Fax:  (202) 496-2847

Counsel for Defendants, Horning Brothers
Corporation, Veda S. Brinkley and Connie Fletcher

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of the foregoing Reply to Plaintiff's Notice of Defendants' Failure to Respond to Admission of Facts was mailed, first class and postage prepaid, this 31st day of January, 2008 to:

Mr. Henry W. Geter, II
Suite A-11
100 Michigan Avenue, NE
Washington, DC  20017

     / s / David P. Durbin
     David P. Durbin

-2-