## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Henry W Geter II
   (Plaintiff)

                              Case File No:  07-CV-0757   RBW

   vs.

Horning Brothers Corporation
Ms. Veda S. Brinkley
Ms. Connie Fletcher
   (Defendants)


### PLAINTIFF MEMORANDUM OF JUDICIAL
### IMPROPRIETY DURING ADMISSION OF FACTS;
### A SUPPLEMENTAL SUPPORT TO SUMMARY JUDGMENT


Pursuant to the Supreme Court Rules *(SCR)* 137 .. *.the court have established* that an

attorney must make a full, complete, separate, and  independent serious inquiry  into  the *facts* of a

case  before  filing  any  pleading,  and  may  not  rely  on  the  allegations  made  by  their  client.

In  framing their response. unto the  merits of  the case: The Rules of Professional Conduct (RPC)

*states in pertinent part...*

> RPC  *1.2 Scope of Representation and Allocation of Authority Between Client and Lawyer*
>
> > (d ) a lawyer shall not counsel or assist a client in conduct that the lawyer knows  is  illegal,  criminal  or  fraudulent,  or  in the preparation of a *written instrument* containing terms the lawyer knows  are  expressly prohibited by law...

Pg 1

**RECEIVED**

JAN 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RPC   *3.3 Candor Toward The Tribunal***

    (a) a lawyer shall not knowingly

    1)  make a false statement of material fact or law to a tribunal;

    2)  fail to disclose a material fact to a tribunal when disclosure is necessary
        to avoid assisting an illegal, criminal or fraudulent act by the client;

    4)  offer evidence that the lawyer knows to be false.

 Mr. David P. Durbin is an attorney and as such is held to these Rules.

**UNDER _R_**ule 8.4(a);  " it is professional  misconduct for lawyer to:  (a)  violate or attempt to violate the rules of professional conduct, ... or  (c) engage  in conduct involving dishonesty, fraud, deceit,  or  misrepresentation."

If  the defendant's attorney had  reviewed the entire _R_ecords of the Court,  as he was required and had  a  duty,  to do under law,  his reply to the plaintiff request for admission of facts would not be held as a  false  misrepresentation of his  authority in knowingly and intentionally engaging in a course  of  conduct  in  a  fraud  upon  this  court.

This concealment of the facts and or the coverup of his clients misconduct is in violation of rules 8.3 and 8.4. The term " Record " in the context of Post - Conviction Rule 1(4)(g),  refers  to any deposition, answers to interrogations, admission, stipulations of fact, and affidavits that have been  submitted  by  the  parties.  The  conduct  of  defendants  and  counsel  embraces  false

**Pg 2**

affirmations [1] and false evidence in this proceedings not judicial. For it is well establish by law, anyone who deliberately gives false (untrue) evidence for a judicial proceeding is guilty of a crime called *p*erjury. This factor is held to an obstruction of justice. Evidence to its existence here can be brought upon the review of court records filed by that plaintiff. Here the material data clearly establishes as credible evidence the elements of perjury...proof beyond a reasonable doubt of the defendants concealment of facts.

### *The Elements of Perjury:*

> There are four general elements of perjury, they are (1) an oath, (2) intent, (3) falsity, and (4) materiality...
>
> 1. Is giving to a sworn oath...
> 2. Proof that the defendant knew his testimony was false at the time it was provided...
> 3. Making of one or more false statements... And
> 4. As stated by the Supreme Court in Kungys v. United States ..." is simply whether it had a natural tendency to influence or was 'capable of influencing' the official proceeding."

This conduct of the defendants and their counsel, clearly set in stone an impeachment to the credibility of the defendants and its counsel as an attempt to defraud through the use of false information.

Given to the material facts upon the Records of the Court, defendants and its counsel has now displayed a managed effort to undermine the judicial due process of the Plaintiff Pro Se. This

**Pg 3**

---

[1]. As general principle of evidence law, fact finder is entitled to consider a party's dishonesty about a material fact as affirmative evidence of guilt – Reese v. Sandersen Plumbing Products, Inc. 120 S.Ct. 2097.

effort is seeded to a deliberate inaction's of defendants to communicate false information of material facts as concise legal documents before the court and other parties, establishing a judicial veil and germane consciousness of the defendants and its counsel, to unconcern itself any official communication and request of a Pro Se Litigant. " *F*ine....,"

***NOW COME*** the " Response To Request for Admission of Facts " signed the 25th day of January, 2008 [ not in compliance to time limitations ... 30 days]. Plaintiff detecting the cumulated anomaly by a dubiety status unto the law. *Y*et! Unto the law ... there is no mystery of facts – no twilight zone of dubiety. ***For a court will not work*** where material evidence is enforce when such material facts in law ... is entirely false, in nature and contrary to the Constitution of the United States.

This document 'response to request...' gives raise to the *significance flaw* in the defendants's response. Here one must exercise judgment to make a discretionary decision of facts relevant to the case. The making of a decision mandates an *a*ccount has its soundness to whether the decision in fact complied with the ***"Request"***. [noting: ... Pursuant to Rule 26 – Plaintiff request Defendants to admit or deny the *t*ruth...]

It is clearly noted here! that the factual truth of the Responses, are indeed *contrary to the law*.

Our existing law enforcement institutions ( like ***HUD*** ) have ample integrity and resources to ***investigate*** wrongdoing of public interest. This approach under our system of constitutional

democracy and strengths ensure accountability making violators answerable for their decisions and conduct. To avoid this! the intent of Defendants action is placed upon a blind trust of this court. They are wrong unto this matter. The discretionary judgment of court is not granted to a blind trust ... lawyer against Pro Se, but a trust reinforced and verified through the **R**ecords of the Court. This independent make the arguments of facts much less vulnerable to tampering of material facts and provides significant protections and manipulation of false evidence.

Counsel and its Defendants are trying to eliminate ... via its judgment on the pleading, sound evidence now by **D**ubiety. Hoping this court would impose a lax law enforcement status – upon its cover-up of facts.

The law enforcement institution held to this case; are aware of such actions. To them! Cover-ups pose a problem because prior to taking a case into open court, law *e*nforcers[2] must make crucial decisions about whether and how to investigate wrongdoing and whether and how to charge and prosecute. Unto this matter OHR[3]/DOJ are both compel to investigate wrongdoing and they as an enforcement agent will not tread lightly upon this investigation.[4]

***NOW COMES*** Plaintiff argument of perjury unto the Defendants ' Response.'

    Material Facts held to the response...

**Pg 5**

---

[2].see motion for summary judgment filing ... pg 3 noting:  Ms. Mandi W. Galloway  Esq  Investigator.

[3] The judicial arm of HUD in the District of Columbia...

[4]. See HUD Letter of Determination

_Request No. 28_; Defendants Response: Objection. This Request is unclear as to what is meant by "_i_nvestigation."

_Request No. 31_;    Defendants Response: Denied.

_Request No. 32_;    Defendants Response: Denied

_Request No. 47_;    Defendants Response: Objection This Request is unclear as to what is meant by " OHR/HUD... '_L_etter of Determination'

The " **investigation records"[5]** of this case by OHR/HUD establishes perjury upon the material filed with the Plaintiff. Unto these Requests Plaintiff has clear set forth that the substantive standards or criteria of the elements of perjury is seen to this material evidence. The submittal of the attached document is clear and convincing evidence [6] of the applied perjury.

This judicial plating will be brought before the jury, and can too! Be justified upon the false nature of its presentation to plaintiff, given cause to his filing of a '_memorandum notice of defendants failure to respond to admission of facts_.' This document is not in compliance to the truth [ being it a sworn document of the Defendants], when place unto the hands of the Plaintiff.

**_NOW COME_**  this " supporting document " sufficiently applying the authority of Law's,
**Pg 6**

---

[5]. See material evidence of facts ... holding to the documentation contents.  Attached

[6]. Intent may be proved by circumstantial evidence.  Derosa v. Shiah, 421 S.E. 2d 718. 205 Ga.App. 106.

governing the Plaintiff rights to seek summary judgment as held to the bad faith dealings of defendants and its counsel, as well as, upon the alleged violations of Federal Laws.

It is the Plaintiff rights to the application of judicial plating of evidence ... before a jury, the bringing of both direct and circumstantial evidence, where sufficiency of the evidence is a matter of law, weighed to the material facts of the *R*ecords of the Court.  And not the perjuries elements of Defendants hands. Any false facts improperly or illegally structure to alter the events of a case is both harmful and attacks the integrity of law.

In this country we enforce the law.  When people find a law inconvenient [ such as the case here ...drawn to a landlord violation of federal laws], they just break it. When the legal system lack integrity, upon the enforce of a law, the people [ defendants] will invest time and money in its efforts to circumvent laws and or [ plaintiffs ] to protect their rights.

The ramification of this *lack of integrity of federal law* is now challenged.  And that all parties [defendants] to this case, are fully link by direct evidence of the *R*ecords of the Court.

Plaintiff shall not remove this false information (document) from the Records of the Court. For its material facts of *false evidence*, are relevant information that a jury can rely upon. As placed to ruling held to the court unto this matter.

**Pg 7**

*Citing's Unto the Law...*

The high duty of candor placed upon attorneys is summarized in – Disciplinary Board v. Kaiser,

848 N.W. 2d 102, 108 (N.D. 1992)

> " Truth and candor are synonymous with justice, and  honesty is an implicit characteristic
> of the legal profession. ' ABA, *The Judicial Response To Lawyer Misconduct*, III.1,
> III.3 (1984).  The primary function of our judicial system is to find the truth to reach a
> just conclusion ... Our courts are almost' wholly dependent on members of the bar to
> marshal and present the true facts..."

The evidence of  **OHR/ HUD**  " Letter of Determination " and  the attach  direct evidence of its

investigation, establish  the  lack  of truth and candor of the defendants and its counsel, as held to

the ' Responses ' acknowledged above.  Here there is  clear and convincing direct evidence that

counsel made  a  statement  of facts  and  offered  this  material  as  evidence to a judicial request

of  the  which he  knew  was  false  to  a court  proceeding,  being  in  violation  of  the  law.

Further it is stated: *Standards Imposing Lawyer Sanctions 6.1*

> 6.11  Disbarment is generally appropriate when a lawyer, with intent to deceive the court,
> makes  a  false  statement,  submits  a  false  document,  or  improperly  withholds
> material information, and causes a significant or potentially significant adverse
> effect on the legal proceeding.

Court Citing Notes:

> An attorney's deliberate use of  false  testimony or  falsified evidence in a judicial
> proceeding  is  antithetical  to  the oath,  the  standards,  and  the  ideals  of  the legal
>
> legal profession.  See  *Lamont*  1997 N.D.  63,  19,  561  N.W. 2d  650;   Kaiser
> 848 N.W. 2d at 109.

**Pg 8**

6.12    Suspension is generally appropriate when a lawyer knows that false statements or documents are being submitted to the court or that material information is improperly being withheld and takes no remedial action, and causes injury or potential injury to a party to the legal proceeding or causes an adverse or potentially adverse effect on the legal proceeding.

**_Final analysis:_**

It is now shown – that the Defendants, Horning Brother Corp., Veda S. Brinkley, and Connie Fletcher, by and through their undersigned counsel [ David P. Durbin ] and pursuant to the Rules of Law, willfully provided perjurious, false and evasive objections [ testimony] to display dubiety, to evanesce the *truth of the violations of federal laws held to the conduct of its clients, by the channeling of conflicting denial inferences [7]; as reviewed upon the *R*ecords of the Court as lacking both *truth* and the *duty of candor* of counsel:

> In their *s*worn answers to written questions    ( Responses To Request For Admission Of Facts ).

The *i*ssue here is the credibility of counsel; Unto this matter!    " Defendants and/or their Counsel have engaged in the unauthorized practice of law "

Respectfully Submitted

*Henry W. Geter II* [signature]

Henry W. Geter II
100 Mich. Ave. N.E.  A-11
Washington DC 20017

1/30/08

cc - Attachments ( 4 pages)

**Pg 9**

---

[7] It is the role of the judge on summary judgment to determine whether a particular inference is reasonable. -- Ricci v. Alternative Energy Inc., 211 F.3d 157., C.A. 1 ( Me.) 2000

## CERTIFICATE OF SERVICE

I Henry W. Geter II HEREBY CERTIFY on this _30_ day of ___ JAN ___,
2008, that a copy of the foregoing Memorandum  was mailed to the Defendants:

> Horning Brothers Corporation
> Trinity Community LP
> Ms. Veda S. Brinkley
> Ms. Connie Fletcher

**VIA ITS ASSIGNED ATTORNEYS**:  David P. Durbin, Esquire, 1100 Conn. Ave. N.W. Suite 600, Washington D.C. 20036, by  first-class mail **FOR THE DEFENDANTS** ~ Ms. V.S. Brinkley and Ms. Connie Fletcher, Horning Brothers Corporation, and Trinity LP.

Henry W. Geter II
100 Mich. Ave. N.E. Suite A-11
Washington DC 20017

202/986-2264

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## OFFICE OF HUMAN RIGHTS





**Judiciary Square Office**

441 4th Street, NW Suite 570N
Washington, DC 20001
Phone: (202) 727-4559 • Fax: (202) 727-9589

**Penn Branch Office**

3220 Pennsylvania Avenue, SE, 1st Fl
Washington, DC 20020
Phone: (202) 727-4559 • Fax: (202) 645-6390



RECEIVED
DATE: March 31 07
BY:

Date: March 28, 2007

Henry W. Geter
100 Michigan Ave. NE
Apt. A-11
Washington, DC 20017

Re:     Docket No.: 07-176-H(N)
        Henry W. Geter v. Trinity Community LLP, et al

Dear Mr. Geter:

Enclosed is a copy of your formal complaint of discrimination alleging that an act of discrimination has been committed in violation of the Fair Housing Act of 1988 and the D.C. Human Rights Act of 1977, as amended.  This complaint was also filed with the U.S. Department of Housing and Urban Development (HUD) however, your complaint will be investigated by the District of Columbia Office of Human Rights (OHR).  The above-captioned charge has been assigned for investigation and scheduled for mediation.  Throughout this phase of the process my role will be that of a neutral, independent fact finder and not as an advocate for either party.  Please direct all correspondence, questions and/or concerns regarding this matter to me.  Mediation shall continue to be an option to both parties throughout the complaint process. You will receive a letter from the mediation division regarding the mediation process. Mediation and Investigation are two separate procedures maintained by two different individuals.

The first step in the investigation is the Fact-Finding Conference.  It is an opportunity for the investigator to obtain and to clearly define the issues in dispute (see attached fact finding information).

Once the OHR completes the Fact Finding Conference and receives all relevant submissions from both parties, the investigation will be closed.  The OHR will review the entire record and make a determination of "probable cause or "no probable cause" of discrimination.  The entire process must be completed within 100 days, should our office find that the required time is impractical you will be notified.

The Respondent has also been served with a copy of your complaint and has 20 (twenty) calendar days in which to submit a response to all charges, interrogatories, requests for documents and all information the OHR has requested.  Once the OHR receives all relevant submissions from both parties, the investigation will be closed.  The OHR will review the entire

record and make a determination on whether or not there is probable cause to believe discrimination occurred. The determination will be sent by certified mail to both parties and/or their respective counsel.

If you have any questions or concerns, please call me at 202-645-5632 at your earliest convenience.

Sincerely,

Mandi W. Galloway, Esq.
Equal Opportunity Specialist
Fair Housing Program

Enclosure

**FACT FINDING CONFERENCE**



The Fact Finding Conference is an administrative procedure designed to facilitate the collection of facts in an investigation. It is an administrative proceeding, not a judicial proceeding.

This is the preliminary stage of the investigation to clarify issues in the complaint and to obtain statements from the Complainant, Respondent(s) and/or other witnesses. Upon completion of the Fact Finding Conference the investigation will continue and parties will have an opportunity to provide additional information until the investigation is closed. The anticipated time-frame for the conference is two-three hours.

The Fact Finding Conference is scheduled as follows:

TIME: 2 PM
DATE: MAY 2, 2007
ADDRESS: 441 4TH ST NW
CONFERENCE ROOM: 1116

You may not send a substitute for yourself or bring persons not requested to attend without first obtaining permission from the investigator. If you fail to attend, the conference will proceed with the other party. You are also required to submit a summary of your position statement and respond to the enclosed Request for Information.

If you have any witnesses on your behalf, please send all current contact information for each witness including his/her address and telephone number, as well as what s/he could attest. All affidavits you submit to the Office from persons who have first-hand knowledge of matters relating to your allegations **must be SIGNED, SWORN and NOTARIZED**.

You are required to respond to our office no later than April 13, 2007. All responses must be received prior to the scheduled Fact Finding Conference. Should you need to reach our office for further information on this matter, please contact me at (202) 645-5632.

**Please send requested information to my attention at the following address:**

THE OFFICE OF HUMAN RIGHTS
3220 PENNSYLVANIA AVENUE
WASHINGTON, D.C. 20020

RECEIVED
DATE: March 3ST 07
BY: _____

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of Human Rights  *ATTACHMENT G*

Judiciary Square Office
441 4th Street, NW, Suite 570N
Washington, DC 20001
Phone: (202) 727-4559  Fax: (202) 727-9589

Penn Branch Office
3220 Pennsylvania Avenue, SE, 1st Fl.
Washington, DC 20020
Phone: (202) 727-4559  Fax: (202) 645-6390

**ORIGINAL**

## LETTER OF DETERMINATION

*Via Certified/First Class Mail*

*INDEX EXHIBIT a*

June 18, 2007

Henry W. Geter II
100 Michigan Avenue, # A-11
Washington, DC 20017

> **RECEIVED**
> DATE: June 22 '07
> BY: _____

Re:  ***Henry Geter v. Trinity Community LP, et al***
      OHR CASE NUMBER:      07-176-H
      HUD CASE NUMBER:      03-07-0283-8

Dear Mr. Geter:

The Office of Human Rights (hereinafter "OHR") has completed its investigation of the above captioned complaint.  Henry Geter is referred to as **"COMPLAINANT."**  Trinity Community LP is referred to as **"RESPONDENT ONE."**  Veda S. Brinkley is referred to as **"RESPONDENT TWO."**  Connie Fletcher is referred to as **"RESPONDENT THREE"**.[1]
Complainant's charge presented the following issues, which were investigated by the OHR:[1]

## ISSUES PRESENTED

Whether Respondent subjected Complainant to discrimination on the basis of his disability (diabetes, amputated feet) when Respondent delayed or denied granting Complainant's reasonable accommodation request of changing Complainant's rental payment due date to the 15th , rather than the 1st of the month.

## JURISDICTION

The Office of Human Rights ("OHR") has jurisdiction over complaints of discrimination filed within one year of the occurrence of an alleged discriminatory act that took place in the District of Columbia, or within one year of discovering the occurrence of such act.  4 DCMR § 702.1(a).
Complainant was a tenant at 100 Michigan Ave., # A-11, Washington, DC 20017, at the time of

---

[1] Veda Brinkley and Connie Fletcher are administratively dismissed as Respondents, as they are employees of Respondent One and come under the auspices of *Respondeat* Superior/Vicarious Liability. Moreover, Respondent One is responsible for the actions of its employees.