IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HENRY W. GETER, II, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 1:07-cv-00757 (RBW) |
| | * | |
| HORNING BROTHERS, *et al.*, | * | |
| | * | |
| Defendants. | * | |

### LINE TO ATTACH EXHIBIT TO JANUARY 31, 2008 REPLY TO PLAINTIFF'S MOTION

TO THE CLERK OF THE COURT:

PLEASE file the Attached Exhibit, the Certificate of Service for Defendants' Responses to Plaintiff's Request for Admissions, with Defendants' Reply to Plaintiff's Notice of Defendants' Failure to Respond to Admission of Facts that was filed on January 31, 2008 by Defendants.

The attached Certificate of Service is an exhibit and was inadvertently omitted when the Reply to Plaintiff's Notice of Defendants' Failure to Respond to Admission of Facts was filed by the Defendants.

                                             Respectfully submitted,
                                             JORDAN COYNE & SAVITS, L.L.P.


                                             By:_____/ s / David P. Durbin_____
                                                 David P. Durbin  #928655
                                                 1100 Connecticut Avenue, NW
                                                 Suite 600

Washington, DC  20036
(202) 496-2804
Fax:  (202) 496-2847

Counsel for Defendants, Horning Brothers
Corporation, Veda S. Brinkley and Connie Fletcher

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Line was mailed, first class and postage prepaid, this 4th day of Febraury, 2008 to:

Mr. Henry W. Geter, II
Suite A-11
100 Michigan Avenue, NE
Washington, DC  20017

_____/ s / David P. Durbin_____
David P. Durbin

# EXHIBIT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Response To Request For Admission Of Fact was mailed, first class and postage prepaid, this 25th day of January, 2008 to:

>Mr. Henry W. Geter, II
>Suite A-11
>100 Michigan Avenue, NE
>Washington, DC  20017

David P. Durbin
By /s/