IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HENRY W. GETER, II, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 1:07-cv-00757 (RBW) |
| | * | |
| HORNING BROTHERS, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of John Tremain May as co-counsel with David Durbin as attorneys for defendants Horning Brothers Corporation, Veda S. Brinkley and Connie Fletcher in the above-captioned case.

Respectfully submitted,
JORDAN COYNE & SAVITS, L.L.P.

By:     / s / John Tremain May
John Tremain May #294199
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 496-2804
Fax:  (202) 496-2847

Counsel for Defendants, Horning Brothers
Corporation, Veda S. Brinkley and Connie Fletcher

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Entry of Appearance was mailed, first class and postage prepaid, this 15th day of February, 2008 to:

>Mr. Henry W. Geter, II
>Suite A-11
>100 Michigan Avenue, NE
>Washington, DC  20017

>>/ s / John Tremain May
>>John Tremain May