IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY W. GETER, II, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No.: 1:07-cv-00757 (RBW) |
| | * |
| HORNING BROTHERS, *et al.*, | * |
| | * |
| Defendants. | * |

## DEFENDANTS' SURRELPY TO PLAINTIFF'S REPLY TO THE OPPOSITION TO DISQUALIFY COUNSEL

Defendants, Horning Brothers Corporation, Veda S. Brinkley and Connie Fletcher, (hereinafter "Defendants"), by and through the undersigned counsel, hereby provide the following surreply to Plaintiff's reply to the Defendants' opposition to Plaintiff's motion to disqualify counsel.

1. Plaintiff filed his "Memorandum of Understanding Governing the Admission of Facts; a Supplemental Support to Summary Judgment; Motion to Disqualify Counsel" with the U.S. District Court for the District of Columbia on February 4, 2008.

2. Local Civil Rule 7 for the U.S. District Court for the District of Columbia states, "Within 11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded."

3. Federal Rule of Civil Procedure 6(d) states that, "When a party may or must act within a

        specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a)."

4. Rule 5(b)(2)(E) states that, "sending it by electronic means if the person consented in writing--in which event service is complete upon transmission." If a local rule so authorizes, a party may use the court's transmission facilities to make service under Rule 5(b)(2)(E). Rule 5(b)(3).

5. The Plaintiff electronically submitted his Motion to Disqualify Counsel on February 4, 2008. Therefore, Defendants had 11 days plus 3 days to file their opposition.

6. Rule 6(a) explains how to compute time. Exclude the day of the act that begins the period. Include the last day of the period unless it is a Saturday, Sunday, or a legal holiday. When the last day is excluded, the period runs until the end of the next day that is not a Saturday, Sunday, or legal holiday.

7. Starting at the date Plaintiff electronically filed his motion, February 4, and adding 11 days, gets to February 15. Adding the additional 3 days under Rule 6(d), extends the deadline to February 18. February 18 was President's Day, a legal holiday. Therefore, the actual deadline for filing the Opposition was February 19.

8. Defendants' Opposition was timely filed on February 15, 2008.

        WHEREFORE, Defendants, Horning Brothers Corporation, Veda S. Brinkley and Connie Fletcher, respectfully request that this Honorable Court deny Plaintiff's motion to disqualify counsel.

Respectfully submitted,
JORDAN COYNE & SAVITS, L.L.P.


By: _____/ s / John Tremain May_____
    John Tremain May #294199
    1100 Connecticut Avenue, NW
    Suite 600
    Washington, DC  20036
    (202) 496-2804
    Fax:  (202) 496-2847

Counsel for Defendants, Horning Brothers
Corporation, Veda S. Brinkley and Connie Fletcher


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing surreply to Plaintiff's reply to the Defendants' opposition to Plaintiff's motion to disqualify counsel was mailed, first class and postage prepaid, this 26st day of February, 2008 to:

    Mr. Henry W. Geter, II
    Suite A-11
    100 Michigan Avenue, NE
    Washington, DC  20017

    _____/ s / John Tremain May_____
    John Tremain May