IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Henry W Geter II
   (Plaintiff)                     Case File No:  07-CV-0757   RBW

vs.

Horning Brothers Corporation
Ms. Veda S. Brinkley
Ms. Connie Fletcher
   (Defendants)


**PLAINTIFF MEMORANDUM OF UNDERSTANDING
IN ARTICULATION OF THE RECORDS OF THE COURT
[ SUPPLEMENTAL EXAMINING
OF THE PARTIES "SUMMARY JUDGMENT" ]**


**Pursuant to the Law!**

*In A*rticulation: Standards of Review Upon Summary Judgment ... here there is latent defect in the rental of privately owned housing, an apartment complex, rented within the guidelines of statutory law. Renter [ Plaintiff ] sued the management company and its professional management supervisors [ Defendants ] providing rental assistance owning to have suffer violations of his Constitutional and Statutory Rights. Asking now for Summary Judgment upon the Defendants due to the suffering of a lack of duty of care owed by statutory law.

Pg 1



According to the Complaint, Defendants was " negligent in failing to provide a duty of care. " This *a*rticulation is within the specific facts and are sufficient in there magnitude.   [ ... *l*imiting our review here ].

*U*pon this matter, the Courts have cited:

* Once the movant establishes a prima facie case for summary judgment, the opposing party is obliged to marshall specific facts, as opposed to general or conclusory allegation, which establish genuine issues of material facts. *Thomas by Thomas v. South Cheyenne Water and Sewer Dist., 702 P. 2d 1303, 1304 ( Wyo. 1985)* ;

* Summary Judgments merit exacting scrutiny in negligence actions. *Mackrell v. Bell H2S Safety, 795 P.2d 776, 779 (Wyo. 1990)* ;

* However, even when negligence is alleged, summary judgment may be appropriate. *Brown v. Avery, 850 P.2d 612, 614 - 15 (Wyo. 1993)* ;

* This usually occurs because duty is the first essential element of any negligence action. *Danculovich v. Brown, 593 P.2d 187, 195 (Wyo. 1979)* ;

* Duty sufficient to support an action for negligence may be engendered by common law, statute or contract.  *Brubaker v. Glenrock Lodge Intern. Order of Odd Fellows, 526 P.2d 52, 58 (Wyo. 1974)* ;

**Pg 2**

Court should grant Plaintiff summary judgment motion, finding no genuine issues of material fact, Plaintiff has " establish his initial burden of proof -- of showing the lack of duty of care unto the Defendants [ negligent ], and Defendants have " failed to respond with *a*ny admissible competent evidence."

Plaintiff has provided ample factual evidence, in *a*dmissible form, that the Defendants were in violation of his Constitutional and Statutory Rights. The filing of the Government ... Letter of Determination, upon the Records of the Court, [ *HUD* ] ~ affirms the prima facie standing of the violation raised.

Respectfully Submitted

Henry W. Geter II
100 Mich. Ave. N.E. A-11
Washington DC 20017

2/20/08

Pg 3

## CERTIFICATE OF SERVICE

I Henry W. Geter II HEREBY CERTIFY on this 20th day of FEB, 2008, that a copy of the foregoing *MEMORANDUM* was mailed to the Defendants:

Horning Brothers Corporation
Ms. Veda S. Brinkley
Ms. Connie Fletcher

***VIA ITS ASSIGNED ATTORNEYS***: John Tremain May, Esquire, 1100 Conn. Ave. N.W. Suite 600, Washington D.C. 20036, by first-class mail ***FOR THE DEFENDANTS*** ~ Ms. V.S. Brinkley and Ms. Connie Fletcher, Horning Brothers Corporation, and Trinity LP.

_____
Henry W. Geter II
100 Mich. Ave. N.E. Suite A-11
Washington DC 20017

202/986-2264