IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Henry W Geter II
   (Plaintiff)

Case File No: 07-CV-0757 RBW

vs.

Horning Brothers Corporation
Ms. Veda S. Brinkley
Ms. Connie Fletcher
   (Defendants)

## PLAINTIFF MEMORANDUM OF UNDERSTANDING IN ARTICULATION OF THE RECORDS OF THE COURT [ GENERAL STANDARDS FOR "SUMMARY JUDGMENT" ]

**Points of Authority!**

*In A*rticulation: Exposure of the General Standards for "Summary Judgment ..."

In 1986, the Supreme Court issued three opinions that clarified the standards governing one's review upon the facts held to the records of the court upon motions for summary judgment. They can be establish as judicial rulings of cases before the court under the Fed. R. Civ. P. 56 ...Anderson v. Liberty Lobby Inc. 477 U.S. 242 (1986); Celotex Corp. v. Catrett, 477 U.S. 317 (1986); and Matsushita Electric Industrial Co., Ltd. v. Zenith Radio Corp., 475 U.S. 574 (1986).

Pg 1

RECEIVED
FEB 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In analysis of the *R*ecords of the Court... the filed documents of Defendants Counsel are in *notice* :

Doc # 8   6/22/2007   **NOTICE** of *A*ppearance by Phillip Lynn Felts

[ Defendants: Veda Brinkley; Connie Fletcher; Cloisters; Horning Bros. Mgt.]

Doc # 21  8/29/2007   **NOTICE** of *S*ubstitution of Counsel by David P. Durbin

[ Defendants: Vita S. Brinkley; Connie Fletcher ]

Doc # 48  2/15/2008   **NOTICE** of *A*ppearance by John Tremain May

[ Defendants: Veda S. Brinkley; Connie Fletcher; Horning Brothers Corp.]

**Pursuant to the Records of the Court !**

**Counsel David P. Durbin**   filed [Doc # 16 ...08/20/2007]: **ANSWER** to Amended Complaint by Veda S. Brinkley; Connie Fletcher.

**Counsel David P. Durbin**   filed [Doc # 28 ... 11/20/2008]: **MOTION** for Judgment on the Pleadings by Horning Brothers Management; Veda S. Brinkley; Connie Fletcher; Horning Brothers Corporation.

**PLEADINGS AND MOTIONS    s 62:188**   [ Points of Law ]

*s 62: 188.  The responsive pleading*  ... Ordinarily, failure to plead an affirmative defense results in the *w*aiver of that defense and it is excluded as an issue in the case. *FRCP 8( c )   s 62:94, supra.*

Pg 2

**SUPREME COURT Rule L200 Attorneys**   [ *P*oints of Law ]

... i.e. (3) - the court shall not grant the petition until entrance of appearance by substitute counsel...

**Pursuant to the Law !**

*M*emorandum of Understanding establishes ... The filing dates of Counsel Durbin *A*NSWER and *M*OTION are not held to the raised '*P*oints of Law' mentioned.

Unto the *A*NSWER: The filing is made *b*efore counsel has filed his appearance as a substitute upon the records of the court. And thus any petition filed as an affirmative defense would be waived; and *cannot be used to defeat a summary judgment*. Holding in law... that any genuine fact " if any" are excluded from the issues of the Plaintiff Complaint, pending to a summary judgment This *answer m*ust be filed *O*nly after the NOTICE of *S*ubstitution. In law the failure to answer and or deny a pleading is within a limited time. **FRCP 15( c )** provides that a party must plead in response to an *a*mended pleading within the time remaining for response to the original pleading or within *10 days* after service of the amended pleading,... .   [ Doc # 3   4/30/2007 ... *C*omes Plaintiff AMENDED COMPLAINT ]

Defendants ANSWER is pleaded in response *112 days* beyond the AMENDED filing date; as such the petition filed is in *D*efault. All rights are hereby *W*aived.

Unto the *M*OTION: This filing is made without the appearance of counsel upon the *R*ecords of the Court for the Defendant ~ Horning Brothers Corporation. *In Review* of the records... Co-Counsel John Tremain May is the *O*nly counsel upon the records of the court; [Attorney ], having legal authority to represent Defendant Horning Brothers Corp. Given this matter! the 'Motion' filed by counsel Durbin is without legal authority in law; as such the petition filed *h*ere is *i*nadmissible. For the filing of the motion [petition] by counsel Durbin resting upon the Defendant Horning Brothers Corp. is without legal standing.

**In Analysis of the "General Standards."**

*C*ome Plaintiff - Doc # 33 - pg 8..." It is well established that a motion for summary judgment will be granted only if there exists no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law. Fed. R. Civ. 56( c ) *Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 250 (1986).*

*Defendants Motion is inadmissible and thus no genuine issue can exist.*

**Pg 4**

Come Plaintiff - Doc # 33 - pg 13... " Under Rule 56 a moving party may simply point to the *a*bsence of evidence to support a non-moving party's case, which then shifts the burden to the non-moving party to set forth specific facts showing that there is a genuine issue for trial. *Celotex Corp. v. Catrett, 477 U.S. 317*

*Defendants Motion is inadmissible and thus has no genuine issue for trial.*

Come Plaintiff - Filing 2/25/2008 - pg 5... " Summary judgment may be granted if the court concludes that no 'rational trier of fact' could find for the nonmoving party based on the showing made in the motion and response." *Matsushita Electric Industrial Co. v. Zenith Radio Corp., 974 U.S. 574, 587 (1986).*

*Defendants Answer [ Response ] and Motion is inadmissible and thus no trier of fact can be establish.*

There are *no admissible filed documents* upon the *r*ecords, by Defendants, that can legally overrule Plaintiff " MOTION FOR SUMMARY JUDGMENT ". *N*one !  ...

The purpose of **FRCP 12** is to require a defendant to plead all of his or her available defenses at the risk of *w*aiving them [ Moore v. Dunham ( 1956, CA 10 Okla) 240 F2d 198.]. Defendants have *w*aived there rights to oppose the Motion for Summary Judgment.

*I*n finalization! the courts have establish in a judicial notice of a case, where the material facts being comb to the general standards for summary judgment, are sufficient link to the rules for responsive pleadings; that when the records of the courts are clear upon the failure a party to meet the require standard review of the law, a party failure of this procedural material of fact gives evidence that, the party failing this procedural exposure, judicially removes any petition filed before the courts as *i*nadmissible material evidence of facts . Not having a Constitutional Protection of the party failure upon non-compliance. " Procedure exposure of a party legal failures can provide affirmation sought by summary judgment; *g*ranted as a matter of law."

Respectfully Submitted

*[signature]*
Henry W. Geter II
100 Mich. Ave. NE. A-11
Washington DC 20017

2/25/2008

Pg 6

## CERTIFICATE OF SERVICE

I Henry W. Geter II HEREBY CERTIFY on this 29th day of FEB., 2008, that a copy of the foregoing *MEMORANDUM* was mailed to the Defendants:

Horning Brothers Corporation
Ms. Veda S. Brinkley
Ms. Connie Fletcher

*VIA ITS ASSIGNED ATTORNEYS*: John Tremain May, Esquire, 1100 Conn. Ave. N.W. Suite 600, Washington D.C. 20036, by first-class mail *FOR THE DEFENDANTS* ~ Ms. V.S. Brinkley and Ms. Connie Fletcher, Horning Brothers Corporation, and Trinity LP.

_____
Henry W. Geter II
100 Mich. Ave. N.E. Suite A-11
Washington DC 20017

202/986-2264