UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HENRY W. GETER, II,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-0757 (RBW) |
| | ) |
| **HORNING BROTHERS MANGEMENT** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendants' motion for judgment on the pleadings [Dkt. No. 28] is **GRANTED**; it is

**FURTHER ORDERED** that all other pending motions [Dkt. Nos. 31, 38, 41, 46] are **DENIED**; and it is

**FURTHER ORDERED** that judgment is entered for the defendants. This is a final appealable Order.

_____s/_____
Reggie B. Walton
United States District Judge

Date: March 24, 2008